| | |
|---|---|
| 1 | NINA F. LOCKER (SBN 123838) |
| | JONI OSTLER (SBN 230009) |
| 2 | STEPHEN B. STRAIN (SBN 291572) |
| | DREW LIMING (SBN 305156) |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
| | PROFESSIONAL CORPORATION |
| 4 | 650 Page Mill Road |
| | Palo Alto, CA 94304 |
| 5 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 493-6811 |
| 6 | |
| 7 | Attorneys for Defendants Darren R. Jamison, Jayme Brooks, Richard Atkinson, Noam Lotan, Gary Mayo, Gary Simon, Eliot Protsch, Holly Van Deursen, and Darrell Wilk and Nominal Defendant Capstone Turbine Corporation |

AVI WAGNER (SBN 226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

Attorney for Plaintiff Isaac Haber

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC HABER, derivatively on behalf of CAPSTONE TURBINE CORPORATION | CASE NO.: CV16-01569-DMG (RAOx) |
| Plaintiff, | **STIPULATION REGARDING STAY OF ACTION AND RELATED MATTERS** |
| v. | |
| DARREN R. JAMISON, EDWARD I. REICH, JAYME BROOKS, RICHARD ATKINSON, NOAM LOTAN, GARY MAYO, GARY SIMON, ELIOT PROTSCH, HOLLY VAN DEURSEN, and DARRELL WILK | |
| Defendants, | |
| -and- | |
| CAPSTONE TURBINE CORPORATION, | |
| Nominal Defendant. | |

STIPULATION REGARDING STAY OF ACTION AND RELATED MATTERS

WHEREAS, on March 7, 2016, plaintiff Isaac Haber ("Plaintiff") filed a shareholder derivative action allegedly on behalf of Capstone Turbine Corporation ("Capstone" or the "Company") alleging violations of law and breaches of fiduciary duty against certain of the Company's current and former officers and directors (collectively with Capstone, "Defendants") (Plaintiff and Defendants are collectively referred to herein as the "Parties");

WHEREAS, a factually related securities class action captioned *In re Capstone Turbine Corp. Securities Litigation*, Case No. CV 15-08914-DMG (RAOx), also is currently pending before Judge Dolly M. Gee in the U.S. District Court for the Central District of California (the "Class Action"), in which the plaintiff asserts federal securities claims against Capstone and certain of its current and former officers;

WHEREAS, Capstone and the other defendants in the Class Action intend to file motion(s) to dismiss the Class Action;

WHEREAS, while Plaintiff believes this Action has merit independent of and is not dependent on the outcome of the Class Action, the Parties agree that a ruling on Capstone's anticipated motion to dismiss the Class Action may help inform the manner in which this Action proceeds;

WHEREAS, in an effort to proceed in the most efficient manner, the Parties agree that this Action should be temporarily stayed until the resolution of the motion(s) to dismiss the Class Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, through their undersigned counsel of record and subject to approval of the Court, as follows:

1. This action, including all deadlines and hearings, is hereby stayed until the motion(s) to dismiss in the Class Action is either granted with prejudice or denied in whole or in part.

2.     If Defendants engage in a mediation in the Class Action, Defendants agree to provide Plaintiff with reasonable advance notice of the mediation and shall invite Plaintiff to participate in that mediation.

3.     If Defendants provide documents to the plaintiff in the Class Action in connection with a mediation or settlement discussions, Defendants agree to provide the same documents to Plaintiff in this action on the same terms they are provided to plaintiff in the Class Action.

4.     By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein.  Defendants preserve all rights, objections, and defenses, including but not limited to all rights to contend that Plaintiff lacks standing to maintain this case because he did not make a pre-suit demand on Capstone's Board of Directors.  Plaintiff reserves all rights, including but not limited to the right to contend that he is entitled to pursue formal discovery.

5.     Within 30 days of the expiration of the stay described above, the Parties shall jointly submit to the Court a proposed schedule for further proceedings in this action.

**IT IS SO STIPULATED**

Dated:  May 11, 2016        /s/ Joni Ostler
                            JONI OSTLER
                            WILSON SONSINI GOODRICH & ROSATI

                            *Attorneys for Defendants Darren R. Jamison, Jayme Brooks, James Crouse, Richard Atkinson, Noam Lotan, Gary Mayo, Gary Simon, Eliot Protsch, Holly Van Deursen, Darrell Wilk, and John Jaggers and Nominal Defendant Capstone Turbine Corp.*

Dated:  May 11, 2016        /s/ Avi Wagner
                            AVI WAGNER
                            THE WAGNER FIRM

                            *Attorney for Plaintiff Isaac Haber*