# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC HABER, derivatively on behalf of CAPSTONE TURBINE CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>DARREN R. JAMISON, EDWARD I. REICH, JAYME BROOKS, RICHARD ATKINSON, NOAM LOTAN, GARY MAYO, GARY SIMON, ELIOT PROTSCH, HOLLY VAN DEURSEN, and DARRELL WILK<br><br>          Defendants,<br><br>          -and-<br><br>CAPSTONE TURBINE CORPORATION,<br><br>          Nominal Defendant. | Case No.: CV 16-1569-DMG (RAOx)<br><br>**ORDER REGARDING STAY OF ACTION AND RELATED MATTERS [26]** |

ORDER REGARDING STAY OF ACTION AND RELATED MATTERS

The parties' stipulation having been considered and good cause appearing, it is hereby **ORDERED** as follows:

1. This action, including all deadlines and hearings, is hereby stayed until the motion(s) to dismiss in the Class Action is either granted with prejudice or denied in whole or in part.

2. If Defendants engage in a mediation in the Class Action, Defendants agree to provide Plaintiff with reasonable advance notice of the mediation and shall invite Plaintiff to participate in that mediation.

3. If Defendants provide documents to the plaintiff in the Class Action in connection with a mediation or settlement discussions, Defendants agree to provide the same documents to Plaintiff in this action on the same terms they are provided to plaintiff in the Class Action.

4. By entering into this Stipulation, the Parties do not waive any rights not specifically addressed herein. Defendants reserve all rights, objections, and defenses, including but not limited to all rights to contend that Plaintiff lacks standing to maintain this case because he did not make a pre-suit demand on Capstone's Board of Directors. Plaintiff reserves all rights, including but not limited to the right to contend that he is entitled to pursue formal discovery.

5. Within 30 days of the expiration of the stay described above, the Parties shall jointly submit to the Court a proposed schedule for further proceedings in this action.

**IT IS SO ORDERED.**

DATED: May 13, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ORDER REGARDING STAY OF ACTION AND RELATED MATTERS