AVI WAGNER (SBN 226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949

*Attorney for Plaintiffs*

[Additional Counsel on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CAPSTONE TURBINE CORP. STOCKHOLDER DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO: All Actions | Master File No.: 2:16-cv-01569<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>DATE: August 28, 2020<br>TIME: 9:30 A.M.<br>CTRM: 8C<br>JUDGE: Hon. Dolly M. Gee |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on August 28, 2020, at 9:30 a.m., or at such other date and time as ordered by the Court, in Courtroom 8C of the United States District Court for the Central District of California, 350 West 1st Street, Los Angeles, CA, 90012, Plaintiffs in the above captioned consolidated shareholder derivative action (the "Federal Consolidated Action") will appear before the Honorable Dolly M. Gee to move (the "Motion"), pursuant to Rule 23.1 of the Federal Rules of Civil Procedure and Local Rule 7 of this District, for entry of an order granting preliminary approval of a July 14, 2020 Stipulation of Settlement (the "Stipulation")[1] entered between and among the Parties to the Federal Consolidated Action.

The Motion seeks, *inter alia,* an order (the "Preliminary Approval Order"):[2] a) granting preliminary approval of the settlement embodied within the Stipulation (the "Settlement"); b) directing that notice of the Settlement (including the Fee and Expense Amount), be provided to Current Capstone Shareholders in substantially the form and method agreed to by the Settling Parties and as ordered by the Court; c) setting the deadline for Current Capstone Shareholders to file and serve objections, if any, to the proposed Settlement in a form and in the manner directed by the Court; and d) setting a date for a hearing on a motion for final approval of the Settlement (the "Settlement Hearing").

---

[1] The Stipulation is filed as Exhibit A to the Declaration of Ligaya T. Hernandez in Support of Unopposed Motion for Preliminary Approval of Proposed Settlement ("Hernandez Declaration"), filed contemporaneously herewith. All capitalized terms herein, unless otherwise defined, have the same meaning as set forth in the Stipulation.

[2] The proposed Preliminary Approval Order is both filed with the Motion and attached as Exhibit B to the Stipulation.

This Motion is brought pursuant to the terms of the Stipulation, and accordingly counsel for all Parties have conferred concerning Plaintiffs' filing of this Motion pursuant to Local Rule 7-3.

Dated: July 27, 2020

s/ Avi Wagner
Avi Wagner (SBN 226688)
**THE WAGNER FIRM**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949

*Liaison Counsel for Plaintiffs*

Michael J. Hynes
Ligaya T. Hernandez
**HYNES & HERNANDEZ, LLC**
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Facsimile: (914) 752-3041

Thomas J. Mckenna
Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Co-lead Counsel for Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On July 27, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 27, 2020, at Los Angeles, California.

*s/ Avi Wagner*
Avi Wagner