AVI WAGNER (SBN 226688)
THE WAGNER FIRM
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949

*Attorney for Plaintiffs*

[Additional Counsel on Signature Page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CAPSTONE TURBINE CORP. STOCKHOLDER DERIVATIVE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Master File No.: 2:16-cv-01569<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND FEE AND EXPENSE AMOUNT**<br><br>DATE: October 30, 2020<br>TIME: 10:00 a.m.<br>CTRM: 8C<br>JUDGE: Hon. Dolly M. Gee |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that on October 30, 2020, at 10:00 a.m., or at such other date and time as ordered by the Court, in Courtroom 8C of the United States District Court for the Central District of California, 350 West 1st Street, Los Angeles, CA, 90012, plaintiffs in the above captioned consolidated shareholder derivative action (the "Federal Consolidated Action") will appear either telephonically or virtually before the Honorable Dolly M. Gee to move (the "Motion"), pursuant to Rule 23.1 of the Federal Rules of Civil Procedure and Local Rule 7 of this District, for entry of an order granting final approval of a July 14, 2020 Stipulation of Settlement (the "Stipulation")[1] entered between and among the Parties to the Federal Consolidated Action.

The Motion seeks, *inter alia,* an order (the "Final Approval Order")[2]: a) granting final approval of the settlement embodied within the Stipulation (the "Settlement"); and b) granting Plaintiffs' Counsel's agreed-to Fee and Expense Amount. The Motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed in support of the Motion, the Declaration of Thomas J. McKenna filed in support of the Motion, the pleadings, records, and papers on file in the Actions, and such oral argument of counsel that is presented in connection with the Motion.

---

[1] The Stipulation is attached as Exhibit A to the Declaration of Ligaya T. Hernandez in Support of Unopposed Motion for Preliminary Approval of Settlement filed on July 27, 2020 (Dkt. 55). All capitalized terms herein, unless otherwise defined, have the same meaning as set forth in the Stipulation.

[2] The proposed Final Approval Order is filed with the Motion and also attached as Exhibit C to the Stipulation.

1   This Motion is brought pursuant to the terms of the Stipulation, and
2   accordingly counsel for all Parties have conferred over a period of several months
3   concerning Plaintiffs' filing of this Motion pursuant to Local Rule 7-3.

Dated: September 28, 2020

/s/ Avi Wagner
Avi Wagner (SBN 226688)
**THE WAGNER FIRM**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150

*Liaison Counsel for Plaintiffs*

Michael J. Hynes
Ligaya T. Hernandez
**HYNES & HERNANDEZ, LLC**
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
Telephone: (484) 875-3116
Facsimile: (914) 752-3041

Thomas J. Mckenna
Gregory M. Egleston
**GAINEY McKENNA & EGLESTON**
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Co-lead Counsel for Plaintiffs*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On September 28, 2020, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 28, 2020, at Los Angeles, California.

                                    *s/ Avi Wagner*
                                    Avi Wagner